**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                            CASE NO. 8:10-CR-254-T-17-EAJ

ROBERT STEVEN HARRELSON
_____/

**ORDER DENYING MOTION TO SUPPRESS**

      This cause comes before the Court on the Report and Recommendation (R&R) entered by the magistrate judge on December 27, 2010, (Doc. 45); the objections to the R&R filed by the defendant on January 21, 2011(Doc. 48); and the transcript of the suppression hearing before the magistrate judge on December 16, 2010 (Doc. 48-1).

      When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

      The Court, pursuant to the relevant standard, has reviewed the transcript of the record in light of the defendant's objection to certain factual findings in the R&R. For instance, the defendant objects to the statement, in paragraph 1 of the R&R, that the referred to confidential informant was "reliable" and that Lieutenant Aument identified "Little Rob" as the defendant Robert Steven Harrelson. Review of the transcript reveals testimony that supports those statements and conclusions made by the magistrate judge. See transcript, not all inclusive, pages 10, 1-15, 30, 32 and 63. The Court has examined each of the other objections set out in the defendant's submission and finds that, like the instance just addressed, all of the factual findings objected to by the defendant are sufficiently supported by record evidence. Accordingly, it is.

**ORDERED** that the Report and Recommendation (R&R) (Doc. 45) entered by the magistrate judge on December 27, 2010, be **adopted**, the objections to the R&R filed by the defendant on January 21, 2011(Doc. 48) be **overruled**, and the motion to suppress (Doc. 24) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 11th day of February, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record